UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:22–cv–07873–MWF–E            Date    January 4, 2023

Title    GURI GONZALEZ V. PEYKAR FAMILY, LLC ET AL

===========================================================

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

        Rita Sanchez                              Not Reported;
      Courtroom Deputy                          Court Reporter

   Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
            None Present                              None Present

**PROCEEDINGS (IN CHAMBERS):  COURT ORDER**


        In light of the Notice of Settlement filed 12/29/22, the Court sets a hearing on
Order To Show Cause Re Dismissal for February 13, 2023 at 11:30 AM. If a stipulated
dismissal is filed prior to this date, the matter will be taken off calendar and no
appearance is needed. All other hearings and deadlines are hereby vacated.

        **IT IS SO ORDERED.**




                                                    Initials of Clerk:  rs